ACCEPTED
01-15-00027-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 11:54:17 AM
CHRISTOPHER PRINE
CLERK

# TERRENCE LEON HOLMES

## ATTORNEY AT LAW

455 Milam Street
Beaumont, Texas 77701-4914
(409) 832-6041

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/2/2015 11:54:17 AM

CHRISTOPHER A. PRINE
Clerk

June 1st, 2015

**LEGAL MAIL:**
TDCJ# 1967053
EARL W. WILMORE, JR.
3295 FM 3514
Gist State Jail
Beaumont, TX 77705

**RE:     APPEAL NO. 01-15-00027-CR (TRIAL NO. 13-17241)**

Dear EARL WILMORE, JR.,

After diligently reviewing the record under this cause number and researching the law, I found no reversible error committed by the trial court and no arguable ground of error.  It is counsel's opinion that this appeal is without merit.  Under Ander's v. California, an appellate attorney can file a brief of this kind after reviewing the record and researching the law and concludes that there is no arguable ground of error when counsel may file such a brief.

However, you have the right to review the record and file a pro-se brief raising any ground or error or complaint, which you may desire that the record supports.  After filing a pro-se brief and after the Court of Appeals renders a judgment and opinion, you have a right to file a pro-se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellant Procedure. A copy of the Court of Appeals judgment and opinion will be mailed to your last known address and you will have only 30 days in which to file a pro-se petition for discretionary review in the Court of Appeals. Tex. R, App. P. 68.2.  You must timely inform me of any change in the address at which you or currently living or any change in your current prison unit, so that, you don't lose the opportunity to file a pro-se petition for discretionary review.

I have filed a Motion To Extend Time To File A Brief on your behalf, requesting that you be afforded an additional 30 days from the date you receive the record in order for you to file a pro-se brief in this matter if you choose to do so.

Also, I have filed a Motion to Withdraw as Counsel so that you can submit your own Appellate Brief. I have enclosed the record so that you can file your brief. It has been a pleasure to represent you in this matter and I hope you "good luck" in this cause.

Furthermore, if you have any questions about this cause, please contact me in writing.

Respectfully,

*/s/Terrence Leon Holmes*
Terrence Leon Holmes
Attorney at Law

TLH/mbj

Enclosure